FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 0 2 2012 ★

BROOKLYN OFFICE

Mr. Corey Davis
FCI Beckley
P.O. BOX 350
Beaver, West Virginia 25813
March 28, 2012

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Davis v. Dep't. of Homeland Security, et al.
11-CV-203 (ARR)</u>

Dear Judge Ross:

By letter dated February 12, 2012 I filed a letter motion with the Court. I requested the Court schedule a hearing in advance of the FBI's February 29, 2012 disclosure pursuant to the FOIA. I asked for this hearing because, as outlined in my letter motion, the releases are being inappropriately redacted. Also, the scheduled rate of review would drag this litigation into 2014.

I did not receive any ruling from the Court on my request for a hearing on these issues. I again ask the Court to schedule a conference where these matters can be addressed. I thank the Court for its attention to this matter.

Very Truly Yours,

Corey Davis @42898-053

Mr Corey Davis 42898-053
Federal Correction Institution Beckley
P.O. Box 350
Beaver, West Virginia

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 02 2012 ★

BROOKLYN OFFICE

⇔42898-053⇔
Honorable Allyne R Ross
U.S District Judge
225 Cadman PLZ E
Brooklyn, NY 11201
United States

LEGAL MAIL

CHARLESTON WV 250
29 MAR 2012 PM 2 L