

Mr. Corey Davis

U.S.P. Tucson

P.O. BOX 24550

Tucson, AZ 85734

October 4, 2012

Honorable Allyne L. Ross

U.S. District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

                Re: Davis v. Dep't. of Homeland Security, et al.
                11-CV-203 (ARR)(VMS)

Dear Judge Ross:

    I am the plaintiff in the above titled matter. I received a copy of your Order dated September 20, 2012 ordering that I file any responsive reply papers to the government's motion for summary judgement by October 10, 2012. I am now requesting an extension of the time to file my opposition to the government's motion.

    In the government's motion for summary judgement, the defendant, Bureau of Prisons stated that it had provided the plaintiff with 97 pages of responsive documents to his request for records of a specified type of incident report issued over a period of time at the MDC-Brooklyn. I have informed the Bureau of Prisons Northeast Regional Office and the AUSA assigned to this matter, Ameet Kabrawala that I have never received these documents. I asked that they provide me these documents in advance of me submitting my opposition.

To date I still have not received these records for my review. It is my intention to oppose the motion, however I believe it would serve all parties and the court best if I receive all documents the defendant, Bureau of Prisons have agreed to release prior to filing my opposition.

I respectfully request this Court to grant an extension of time to file my opposition until November 10, 2012, also an Order directing the Bureau of Prisons to provide the plaintiff the 97 pages of responsive documents they claim in their motion that they had previously provided him, by October 17, 2012. Additionally Order that the defendants to file any reply papers by December 1, 2012.

I thank the Court for its attention to this matter.

Very Truly Yours,

*[signature]*

Corey Davis, Plaintiff pro se

cc: AUSA Ameet Kabrawala
    271 Cadman Plaza East
    Brooklyn, New York 11201

⇔42898-053⇔
Mr Corey Davis
@ 42898-053
PO BOX 2-4550
United State Penitentiary
Tucson, AZ 85734
United States



TUCSON AZ 856
05 OCT 2012 PM 4 L

LEGAL MAIL
Honorable Allyne R. Ross
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201