

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
COREY DAVIS,                                  :    11-CV-203
:
                Plaintiff,            :    <u>NOT FOR ELECTRONIC</u>
:    <u>OR PRINT PUBLICATION</u>
   -against-                                 :
:    <u>OPINION AND ORDER</u>
UNITED STATES DEPARTMENT OF HOMELAND          :
SECURITY, ET AL.,                             :
:
                Defendants.           :
:
------------------------------------------------------------------- X

ROSS, United States District Judge:

      Defendants are hereby ordered to file a letter responding to plaintiff's October 4, 2012 letter, Dkt. #56, within seven business days of this order.

      SO ORDERED.

                                            /S/ Judge Allyne R. Ross
                                            _____
                                            Allyne R. Ross
                                            United States District Judge

Dated:        October 16, 2012
                Brooklyn, New York

SERVICE LIST:

**Plaintiff:**

**Corey Davis**
# 42898-053
USP Tucson
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734
PRO SE